UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00004

**Tonja Lynch et al.**,
*Plaintiffs*,

v.

**Beckville ISD et al.**,
*Defendants.*

# ORDER

Plaintiffs, proceeding pro se, filed this lawsuit under 42 U.S.C. § 1982 and § 23.001 of the Texas Property Code. Doc. 1 at 12–14. The case was referred to a magistrate judge. Doc. 4. Plaintiffs amended their complaint twice. Docs. 5, 8. The magistrate judge issued a report and recommendation that plaintiffs' claims be dismissed with prejudice as barred by the statute of limitations and for failure to state a claim upon which relief could be granted. Doc. 9 at 6, 9, 12. Plaintiffs did not file objections to the report.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiffs' claims are dismissed with prejudice. Any pending motions are denied as moot.

*So ordered by the court on October 1, 2025.*

J. CAMPBELL BARKER
United States District Judge